Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHELIUS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ZAPPOS.COM LLC D/B/A WWW.ZAPPOS.COM,<br><br>　　　　　Defendant. | **Civil Case No.: 2:25-cv-00443-MWC-(PVCx)**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Date;　　　　March 28, 2025<br>Time:　　　　1:30 P.M.<br>Crtrm.:　　　6A<br>Judge:　　　　Michelle Williams Court<br>Trial Date:　　None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE THAT, on March 28, 2025 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Michelle Williams Court, at the First Street U.S Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Courtroom 6A, 6th Floor, Plaintiff James Chelius, by and through his counsel, will move and does hereby move, the Court pursuant to 28 U.S.C. § 1447(c) for remand of the above entitled action back to the Superior Court of California, in and for the County of Los Angeles.

　　Prior to the filing of this motion, Counsel for Plaintiff and Counsel for Defendant met and conferred by telephone and e-mail to discuss the issues presented

---

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**

1  in Plaintiff's motion as required by Local Rule of Civil Procedure 7-3. The Motion
2  is based on this Notice, the supporting Memorandum of Points and Authorities, and
3  the supporting Declaration of Ryan P. Cardona, filed herewith; the complete files
4  and records in this action; and any other evidence and argument that may be
5  presented to the Court prior to or at the hearing.

7  Dated: February 14, 2025          **BRODSKY SMITH**

                               By:  */s/ Ryan P. Cardona*
                                    Evan J. Smith (SBN242352)
                                    esmith@brodskysmith.com
                                    Ryan P. Cardona (SBN302113)
                                    rcardona@brodskysmith.com
                                    9465 Wilshire Boulevard, Suite 300
                                    Beverly Hills, CA 90212
                                    Telephone:  (877) 534-2590
                                    Facsimile:   (310) 247-0160

                                    *Attorneys for Plaintiff*

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**

## **CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Notice of Motion and Motion to Remand, and all supporting documents filed concurrently therewith, were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on February 14, 2025.

                                          */s/     Ryan P. Cardona*
                                              Ryan P. Cardona

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**