1 Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
2 Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
3 BRODSKY SMITH
9465 Wilshire Blvd., Ste. 300
4 Beverly Hills, CA 90212
Telephone: (877) 534-2590
5 Facsimile: (310) 247-0160

6 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHELIUS,<br><br>        Plaintiff,<br><br>vs.<br><br>ZAPPOS.COM LLC D/B/A WWW.ZAPPOS.COM,<br><br>        Defendant. | **Civil Case No.: 2:25-cv-00443-MWC-(PVCx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Crtrm.: 6A<br>Judge: Michelle Williams Court<br>Trial Date: None Set |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Chelius ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: February 25, 2025

**BRODSKY SMITH**

By: */s/ Ryan P. Cardona*
Evan J. Smith (SBN242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN302113)
rcardona@brodskysmith.com
9465 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)